DAVID ALLEN (SBN 87193)
DAVID ALLEN & ASSOCIATES
5230 Folsom Boulevard
Sacramento, CA 95819
Telephone (916) 455-4800
Facsimile (916) 455-5687
Email: dallen@davidallenlaw.com
*Attorneys for Plaintiff*
*Katherine Del Rio*

Michael B. Bernacchi (SBN 163657)
E-mail:  mbernacchi@bwslaw.com
Karen T. Tsui (SBN 305869)
E-mail:  ktsui@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA  90071-2953
Tel: 213.236.0600 | Fax: 213.236.2700
*Attorneys for Defendant*
*Hartford Life and Accident Insurance Company*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATHERINE DEL RIO,<br><br>Plaintiff,<br><br>v.<br><br>HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:20-cv-02269-KJM-KJN<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE DISPOSITIVE MOTION HEARING DEADLINE BY 60 DAYS** |

Plaintiff Katherine Del Rio ("Plaintiff") and Defendant Hartford Life and Accident Insurance Company ("Hartford"), through counsel, hereby stipulate and request a brief extension based on the following:

1. Counsel for Plaintiff has been short-staffed due to normal attrition and difficulty hiring during the COVID-19 pandemic.  However, Plaintiff has issued her settlement demand and Hartford is currently preparing its response.

///

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4893-8386-2021 v1

- 1 -

CASE NO. 2:20-CV-02269-KJK-KJN
JNT. STIP. & ORDER TO CONT. DISPOSTIVE
MTN. HEARING DEADLINE BY 60 DAYS

2. In light of the moderate benefits in dispute, the parties would like to continue their informal settlement negotiations. Due to the upcoming holidays and dispositive motion hearing deadline necessitating briefing by mid-January 2022, the parties respectfully request a 60-day continuance of the dispositive motion hearing deadline from February 11, 2022 to April 12, 2022. The parties are hopeful that they can resolve within this extended timeframe.

IT IS SO STIPULATED:

Dated: December 6, 2021        DAVID ALLEN & ASSOCIATES

                              By:/s/ *David Allen*
                                 David Allen
                                 Attorneys for Plaintiff
                                 Katherine Del Rio

Dated: December 6, 2021        BURKE, WILLIAMS & SORENSEN, LLP

                              By: /s/ *Karen T. Tsui*
                                  Michael B. Bernacchi
                                  Karen T. Tsui
                                  Attorneys for Defendant
                                  Hartford Life and Accident Insurance Company

## SIGNATURE ATTESTATION

Under Eastern District of California Civil Local Rule 131(e) (Fed. R. Civ. P. 7), I attest that I obtained concurrence in the filing of this document from all of the above signatories.

                              By:    /s/ *Karen T. Tsui*
                                     Karen T. Tsui

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4893-8386-2021 v1         - 2 -         CASE NO. 2:20-CV-02269-KJK-KJN
JNT. STIP. & ORDER TO CONT. DISPOSTIVE
MTN. HEARING DEADLINE BY 60 DAYS

# **ORDER**

Based on the Joint Stipulation of the parties, and good cause appearing therefor, IT IS ORDERED that the dispositive motion hearing deadline shall be continued from February 11, 2022 to April 15, 2022 at 10:00 a.m. before the undersigned.

IT IS SO ORDERED.

DATED: December 8, 2021.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Burke, Williams & Sorensen, LLP
Attorneys At Law
Los Angeles

LA #4893-8386-2021 v1

- 3 -

CASE NO. 2:20-CV-02269-KJK-KJN
JNT. STIP. & ORDER TO CONT. DISPOSTIVE MTN. HEARING DEADLINE BY 60 DAYS